IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

GRANVIL K. BELL, III,

    Plaintiff,                      No. CIV S-07-0113 RRB DAD P

    vs.

JEANNE WOODFORD, et al.,

    Defendants.                 FINDINGS AND RECOMMENDATIONS

_____/

        By an order filed April 24, 2007, plaintiff was ordered to file, within thirty days, a properly completed in forma pauperis application and certified copy of plaintiff's prison trust account statement for the six-month period immediately preceding the filing of the complaint. On May 3, 2007, the order was re-served on plaintiff at his last known address. Plaintiff was cautioned that failure to comply with the court's order would result in a recommendation that this action be dismissed. The time period has now expired, and plaintiff has not filed an in forma pauperis affidavit and certified copy of plaintiff's prison trust account statement, or otherwise responded to the court's order. Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty

1

days after being served with these findings and recommendations, plaintiff may file written objections with the court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: June 26, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:lg
bell0113.fifp